UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**WALTER AUTO LOAN TRUST,**
ET AL.,

Plaintiffs,

v.  No. 4:23-cv-00974-P

**MANSFIELD FINANCING GROUP INC.,**
ET AL.,

Defendants.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Court's Order Granting Plaintiff's Motion for Default Judgment (ECF No. 38):

It is **ORDERED** that default judgment be entered against Defendants Mansfield Financing Group Inc. d/b/a CNAC, Mansfield Auto Group, Inc. d/b/a JD Byrider, and Richard Domaleski. Plaintiffs are entitled to recover all judgment amounts outlined in the Court's Order. *See* ECF No. 38.

The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **13th day of June 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE